IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

WILLIAM ARGUETA HERRERA,

Petitioner,

vs.

JEROME KRAMER, Sheriff Lincoln County Detention Cen; IMMIGRATION & CUSTOMS ENFORCEMENT (ICE), UNITED STATES IMMIGRATION & CUSTOMS (USCIS), TODD LYONS, Acting Director ICE; and KRISTI NOEM, Secretary Homeland Security;

Respondents.

**8:26CV464**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, on August 25, 2026. However, Petitioner failed to include the $5.00 filing fee. Petitioner has the choice of either submitting the $5.00 fee to the Clerk's office or submitting a request to proceed in forma pauperis. If Petitioner chooses to do the latter, the enclosed pauper's forms should be completed and returned to this Court. Failure to take either action within 30 days may result in the Court dismissing this case without further notice to Petitioner.

IT IS THEREFORE ORDERED that:

1. Petitioner is directed to submit the $5.00 fee to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action may result in dismissal of this matter without further notice.

2. The Clerk of the Court is directed to send to Petitioner the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **September 30, 2026**: Check for MIFP or payment.

Dated this 31st day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge